WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOHN ALBRIGHT**,  CV # 04-522-AA

  Plaintiff,

vs.  ORDER

**COMMISSIONER of Social Security**,

  Defendant.

---

Attorney fees in the amount of $7,335.12 and expenses in the amount of $14.87 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $150.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 28 day of October, 2005.

_____
United States District Judge

Submitted on October 25, 2005 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

John Albright
CIVIL ACTION NO. 04-522-AA

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint
    and Supporting Documents .......................... $14.87

Total Expenses: **$14.87.**

Federal Court Costs:

    Federal Court filing fee .............................. $150.00

Total Costs: **$150.00.**

SCHEDULE A - page 1
Attachment to court ORDER